UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEVIN LEE HARRIS,

Plaintiff,

v.

R. VALENCIA, et al.,

Defendants.

No. 2: 19-cv-1751 KJN P

ORDER

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C.§ 1983. On September 5, 2019, this action was transferred to this court from the Fresno Division of the United States District Court of the Eastern District of California. (ECF No. 16.) In the transfer order, the Fresno Court addressed plaintiff's second amended complaint. (Id.) The Fresno Court dismissed the claims arising at California State Prison-Corcoran ("Corcoran") without leave to amend. The Fresno Court transferred the claims arising at California State Prison-Sacramento ("CSP-Sac") to this court. (Id.)

On August 29, 2019, plaintiff filed a notice of change of address stating that he was temporarily housed at the Los Angeles County Jail for resentencing. (ECF No. 15.) Plaintiff requested that this action be stayed because he had to return to the Los Angeles County Jail on

////

////

October 25, 2019 for a Franklin hearing.[1] Plaintiff requested that this action be stayed pending resolution of the Franklin hearing.

Plaintiff has not filed a notice of change of address reflecting his return to the custody of the California Department of Corrections and Rehabilitation ("CDCR").

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall inform this court of the status of his Franklin hearing and whether he is still incarcerated in the Los Angeles County Jail.

Dated: December 12, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Harr1751.osc

---

[1] It appears that plaintiff is referring to a hearing pursuant to People v. Franklin, 63 Cal.4th 261 (2016), under which a prisoner may make a record of information relevant to his eventual youth offender parole hearing.