# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TEVIN LEE HARRIS,                  No. 2:19-cv-1751 JAM KJN P

    Plaintiff,

   v.

R. VALENCIA, et al.,

                                    **ORDER & WRIT OF HABEAS CORPUS**
    Defendants.                 **AD TESTIFICANDUM**

_____/

Tevin Lee Harris, Booking # 5722286, a necessary and material witness in a settlement conference in this case on August 25, 2020, is confined in the Los Angeles County Jail (LA Jail), in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by telephonic-conferencing from his place of confinement, to the U. S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Tuesday, August 25, 2020, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via email on Mr. A. P. Kennedy at the Los Angeles County Sheriff's Department.

4. If Sheriff's Department officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Valerie Callen, Courtroom Deputy, at (916) 930-4199.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Sheriff, Los Angeles County, 211 W. Temple St., Los Angeles, California 90012:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  August 12, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Harr1751.841T