UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS, | No. 2: 19-cv-1751 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. VALENCIA, et al., | |
| Defendants. | |

On January 21, 2021, the Magistrate Judge authorized his Courtroom Deputy to issue a minute order continuing the stay in this action to April 21, 2021. (ECF No. 51.) Plaintiff seeks reconsideration of the January 21, 2021 minute order continuing the stay of this action. (ECF No. 53.)

Plaintiff's motion for reconsideration contains an undated proof of service. (Id. at 3.) Plaintiff's motion for reconsideration is otherwise undated. Because the request for reconsideration is undated, including the proof of service, plaintiff is not entitled to application of the mailbox rule in determining the filing date of this request. Accordingly, the court finds that plaintiff's request for reconsideration was filed on the date it was docketed, i.e. February 22, 2021.

Local Rule 303(b), states "rulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service

1

of the ruling on the parties."  Id.  Plaintiff's request for reconsideration of the magistrate judge's order of January 21, 2021 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (ECF No. 53) is denied.

DATED: April 26, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2