UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. VALENCIA, et al,<br><br>　　　　Defendants. | No. 2: 19-cv-1751 JAM KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 09, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.[1] Neither party has filed

---

[1] In the pending motion for injunctive relief, plaintiff requested that the court prohibit his custodians from transferring him to either California State Prison-Sacramento ("CSP-Sac") or California State Prison-Corcoran ("CSP-Cor"). The magistrate judge recommended that plaintiff's motion be denied because plaintiff sought injunctive relief against individuals not named in this action, i.e., prison officials at North Kern State Prison ("NKSP"). The only defendant in this action is R. Pleshchuck, employed at CSP-Sac. On April 12, 2021, plaintiff filed a notice of change of address indicating that he was transferred to Salinas Valley State Prison ("SVSP"). (ECF No. 59.) The court cannot issue orders against prison officials at SVSP as they are not defendants in this action. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395

1

objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 09, 2021, are adopted in full;
2. Plaintiff's motion for a temporary restraining order (ECF No. 53) is denied.

DATED: May 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

---

U.S. 100, 112 (1969).