UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS, | No. 2: 19-cv-1751 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| R. VALENCIA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. The undersigned referred this action to the Post-Screening ADR Project and stayed this action pending the settlement conference. (ECF No. 31.) On June 3, 2021, the settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay in this action is lifted;
2. Defendant Pleshchuck shall file a response to the third amended complaint within thirty days of the date of this order.

Dated: June 4, 2021

Har1751.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1