IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEVIN LEE HARRIS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**R. VALENCIA, et al. ,**<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:19-cv-01751 JAM KJN P<br><br>**ORDER** |

　　　Pending before the Court is Defendant's request for a twenty-one-day extension of time to serve her responses to Plaintiff's First Set of Interrogatories.  Good cause appearing, IT IS HEREBY ORDERED that Defendant's request for an extension of time (ECF No. 76) is GRANTED.  Defendant shall have until September 28, 2021, to serve her responses to Plaintiff's First Set of Interrogatories.

Dated:  September 8, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kendall J. Newman_
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Harr1751.eot