IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEVIN LEE HARRIS,** | Case No. 2:19-cv-01751 JAM KJN |
| Plaintiff, | **ORDER** |
| v. | |
| **R. VALENCIA, et al.,** | |
| Defendant. | |

Pending before the Court is Defendant's request for leave to depose Plaintiff Tevin Harris deposition by remote means under Federal Rule of Civil Procedure 30(b)(4). Good cause appearing, IT IS HEREBY ORDERED that Defendant's request for leave to take Plaintiff's deposition remotely is GRANTED.

Dated: October 5, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Har1751.dep