UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. VALENCIA, et al.,<br><br>    Defendants. | No.  2: 19-cv-1751 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for a pretrial conference.[1] (ECF No. 101.)  For the reasons stated herein, plaintiff's request is denied.

On January 19, 2021, the undersigned granted defendants thirty days to file a motion to compel. (ECF No. 97.)  In this order, the undersigned also vacated the dispositive motion deadline and ordered that this deadline would be reset following resolution of all discovery matters.  (Id.)

Plaintiff's request for a pretrial conference is premature because discovery matters are not resolved and the dispositive motion deadline is not set.  The undersigned will schedule a pretrial

---

[1] Plaintiff requests a "pretrial settlement conference."  However, plaintiff's reference to Federal Rule of Civil Procedure 16 indicates that he is requesting a pretrial conference. To the extent plaintiff is requesting a settlement conference, the undersigned would consider such a request if made jointly by the parties.

1

conference following resolution of discovery matters and dispositive motions, if appropriate.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for a pretrial conference (ECF No. 101) is denied.

Dated: February 7, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Harr1751.ord(3)