UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEVIN LEE HARRIS,<br><br>             Plaintiff,<br><br>     v.<br><br>R. VALENCIA, et al.,<br><br>             Defendants. | No.  2:19-cv-1751 JAM KJN P<br><br><br><br>ORDER |

On February 7, 2022, plaintiff filed a motion for reconsideration of the magistrate judge's order filed January 19, 2022, granting defendant's motion to modify the discovery and scheduling order and granting defendant thirty days to file a motion to compel.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Id.  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed January 19, 2022, is affirmed.

DATED: March 16, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE