1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     TEVIN LEE HARRIS,                              No.  2: 19-cv-1751 DAD KJN P

12                  Plaintiff,

13          v.                                        ORDER

14     R. VALENCIA, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18     to 42 U.S.C. § 1983.  For the reasons stated herein, the dispositive motion deadline is reset.

19          On January 19, 2022, the undersigned vacated the dispositive motion deadline and ordered

20     this deadline reset following resolution of all discovery matters.  (ECF No. 97.)

21          On October 20, 2022, the undersigned granted defendant's motion to compel and ordered

22     plaintiff to serve defendant with supplemental responses to interrogatories and the request for

23     production of documents.  (ECF No. 122.)  On December 12, 2022, the undersigned denied

24     plaintiff's request for reconsideration of the October 20, 2022 order.  (ECF No. 125.)  The

25     undersigned granted plaintiff thirty days to serve defendant with supplemental responses to the

26     request for production of documents.  (Id.)

27          All discovery matters are now resolved.

28     ////

1

1         Accordingly, IT IS HEREBY ORDERED that the dispositive motion deadline is reset to

2    April 21, 2023; dispositive motions shall be filed on or before that date.

3    Dated:  January 25, 2023

4

5    Har1751.sch

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2