IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TEVIN LEE HARRIS,**<br><br>   Plaintiff,<br><br>   v.<br><br>**R. PLESHCHUCK, et al.,**<br><br>   Defendant. | Case No. 2:19-CV-01751-DAD-KJN P<br><br>**ORDER** |

Currently before the Court is Defendants' motion to modify the discovery and scheduling order, which requests a forty-five-days extension of the dispositive motion deadline.

Good cause appearing, IT IS HEREBY ORDERED that defendants' motion (ECF No. 133) is granted; the deadline to file a dispositive motion is extended to August 4, 2023.

Dated:  June 22, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Harr1751.eot(d2)