1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    TEVIN LEE HARRIS,                          No.  2:19-cv-1751 DAD KJN P

12              Plaintiff,

13         v.                                     ORDER & FINDINGS &
                                                  RECOMMENDATIONS
14    R. VALENCIA, et al.,

15              Defendants.

16

17         A recent court order was served on plaintiff's address of record and returned by the postal

18    service.  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that

19    a party appearing in propria persona inform the court of any address change.  Accordingly, the

20    undersigned recommends that this action be dismissed and vacates the August 4, 2023 dispositive

21    motion deadline.

22         Accordingly, IT IS HEREBY ORDERED that the August 4, 2023 dispositive motion

23    deadline is vacated; and

24         IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for

25    failure to prosecute.  See Local Rule 183(b).

26         These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, plaintiff may file written objections

1

1 | with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
2 | and Recommendations."  Any response to the objections shall be filed and served within fourteen
3 | days after service of the objections. Plaintiff is advised that failure to file objections within the
4 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 | F.2d 1153 (9th Cir. 1991).

6 | Dated:  June 26, 2023

8 | KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10 | harr1751.33a